JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAKSI ZHAMKOCHYAN, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CIT BANK, N.A.,; AND WAGEWORKS, INC., a corporation,<br><br>　　　　　Defendants. | CASE NO. 2:17-cv-3379-ODW<br><br>[~~~~~~~~~~~~~~~~~~~~~] **[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: May 4, 2017<br>Trial Date:　　None<br>Judge:　　Hon. Otis D. Wright, II |

| | |
|---|---|
| 1 | The Court, having considered the Joint Stipulation for Dismissal pursuant to |
| 2 | Federal Rule of Civil Procedure 41(a)(1)(A) jointly filed by the parties, finds that |
| 3 | this action shall be dismissed with prejudice, in its entirety.  Each party is to bear |
| 4 | her or its own costs and attorneys' fees. |

**IT IS SO ORDERED.**

Dated: August 30, 2017

_____
Honorable Otis D. Wright, II

**[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**